IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM JOHNSON | : | |
| | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA | : | NO. 24-2783 |
| | : | |
| Defendant. | : | |

### SCHEDULING ORDER

**NOW,** this 20th day of March, 2025, following a Rule 16 conference with counsel, it is **ORDERED** that the case management deadlines are as follows:

1. Plaintiff's Amended Complaint shall be filed on or before **April 1, 2025**;

2. All factual discovery shall be completed on or before **June 16, 2025**;

3. Plaintiff's expert report, if any, is due by **July 16, 2025**;

4. Defendant's expert report, if any, is due by **August 18, 2025**;

5. All expert discovery shall be completed on or before **September 4, 2025**;

6. Dispositive and Daubert motions shall be filed on or before **September 18, 2025**;

7. Responses to dispositive motions shall be filed no later than **October 2, 2025**;

8. As needed, after a ruling on dispositive motions, a Pretrial Conference shall be scheduled by chambers to set a trial date and associated deadlines;

9. Counsel shall notify Chambers if the parties mutually agree to participate in a settlement conference or Court-annexed mediation.

BY THE COURT:

_____
Gail A. Weilheimer   J.